UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

CHRISTINA BOBBIN, in her capacity as Plenary Guardian of CARLO DANIEL LAUDADIO, an incapacitated adult ,

    Plaintiff,

v.                                                              CASE NO. 2:14-cv-158-FtM-29DNF

CORIZON HEALTH, INC. f/k/a PRISON HEALTH SERVICES, INC.; NATALIA SAUNDERS-ROBERTS, RN; JANIE L. STEPNOSKI, LCSW; WALTER CARL MORRIS, WALTER, RN; SCOTT HERBERT KENNEDY, M.D.; NOEL DOMINGUEZ, M.D.; ANDREW PAUL SAFRON, D.O.; SVOBODA MARIA HOLT, LMHC; KAREN LOUISE DELACEY, LPN; JANET JOAN MEMOLI, RN; MIKE SCOTT, in his official capacity as LEE COUNTY SHERIFF; SGT. PAUL PAVESE; and DEPUTY RODNEY K. PAYNE, individually,

    Defendant.
_____/

### STIPULATION FOR DISMISSAL OF DEFENDANTS MIKE SCOTT, in his official capacity as LEE COUNTY SHERIFF; SGT. PAUL PAVESE; and DEPUTY RODNEY K. PAYNE, individually

    The parties to this action, by and through their undersigned counsel, stipulate that the differences between Plaintiff and Defendants, MIKE SCOTT, in his official capacity as LEE COUNTY SHERIFF; SGT. PAUL PAVESE; and DEPUTY RODNEY K. PAYNE, individually, have been completely resolved to their mutual satisfaction, and respectfully move that this cause be dismissed with prejudice as to Defendants, MIKE SCOTT, in his official capacity as LEE COUNTY SHERIFF; SGT. PAUL PAVESE; and DEPUTY RODNEY K.

PAYNE, individually.  The parties further stipulate that each party is to bear its own costs and attorney's fees, and they further stipulate that all liens and subrogated interests, if any, shall be satisfied by the Plaintiff.

| | |
|---|---|
| HENDERSON, FRANKLIN, STARNES & HOLT, P.A.<br>Attorneys for Defendants Scott, Pavese & Pane<br>Post Office Box 280<br>Fort Myers, FL   33902-0280<br>239.344.1346 (telephone)<br>239.344.1501 (facsimile)<br>Email: Robert.shearman@henlaw.com<br>　　　　Courtney.ward@henlaw.com | THE LAW FIRM OF PATRICK W.<br>　HARLAND, JR., LLC<br>St. Petersburg, FL   33701<br>727.898.2000 (telephone)<br>727.898.2001 (facsimile)<br>Attorneys for Plaintiff<br>pleadings@harlandlawfirm.com |
| By: /s/ Robert C. Shearman<br>　　　Robert C. Shearman<br>　　　Florida Bar No. 614025 | By: /s/ Patrick W. Harland<br>　　　Patrick W. Harland, Jr.<br>　　　Florida Bar No. 0226350 |
| Dated: 12/16/16 | Dated: 12/16/16 |

COLEMAN & KLYMENKO, LLC
425 22nd Ave. North, Suite A
St. Petersburg, FL   33704
Attorneys for Plaintiff
727.213.8100 (telephone)
727.213.8108 (facsimile)
pleadings@ckflalaw.com
aklymenko@ckflalaw.com
jcoleman@ckflalaw.com

By: /s/ Andrew Klymenko
　　　Andrew Klymenko
　　　Florida Bar No. 0047414

Dated: 12/16/16