## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## FORT MYERS DIVISION
## CASE NO.: 2:14-cv-158-FtM-PAM-MRM

CHRISTINA BOBBIN, in her capacity as Plenary Guardian of CARLO DANIEL LAUDADIO, an incapacitated adult,

    Plaintiff,

vs.

CORIZON HEALTH, INC., f/k/a PRISON HEALTH SERVICES, INC.; JANICE L. STEPNOSKI, LCSW; WALTER CARL MORRIS, RN; and JANET JOAN MEMOLI, RN,

    Defendants.

### NOTICE OF SETTLEMENT

    Defendants Corizon Health, Inc., Janice L. Stepnoski, Walter Carl Morris and Janet Joan Memoli file this Notice of Settlement as to all parties.

| | |
|---|---|
| June 5, 2017 |   /s/  Gregg A. Toomey<br>Gregg A. Toomey<br>Florida Bar No. 159689 |

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on this 5th day of June, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF System, which will send the foregoing to the following:

Andrew Klymenko, Esq.
Jeffrey T. Coleman
*Attorneys for Plaintiff*
Coleman & Klymenko, LLC
TD Bank Building
425 22nd Avenue North, Suite A
St. Petersburg, FL  33704
Phone: 727-213.8100
Fax:  727-213.8108
Email:  aklymenko@ckflalaw.com;
jcoleman@ckflalaw.com;
pleadings@ckflalaw.com

Patrick W. Harland, Esq.
*Attorneys for Plaintiff*
The Law Firm of Patrick W. Harland, Jr., LLC
One Progress Plaza, Suite 400
200 Central Avenue
St. Petersburg, FL  33701
Phone: 727-898.2000
Fax: 727-898.2001
Email:
pharland@harlandlawfirm.com;
pleadings@harlandlawfirm.com

THE TOOMEY LAW FIRM LLC
*Attorneys for Medical Defendants*
The Old Robb & Stucky Building
1625 Hendry Street, Suite 203
Fort Myers, FL  33901
Phone:  239.337.1630
Fax:  239-337.0307
Email:  gat@thetoomeylawfirm.com,
alr@thetoomeylawfirm.com, and
csb@thetoomeylawfirm.com

By:     /s/ Gregg A. Toomey
        Gregg A. Toomey
        Florida Bar No. 159689